**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In re:**

| | | |
|---|---|---|
| **LEVEL III TRADING PARTNERS, L.P.,** | * | **CASE NO. 13-12120** |
| | * | |
| Debtor. | * | **CHAPTER 11** |
| ------------------------------------------------- | | |
| **PATRICK C. COTTER, in his capacity** | * | |
| **As Trustee of the Level III Trading** | * | |
| **Partners, LP Litigation Trust,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | **ADV. #15-01046** |
| **VERSUS** | * | |
| | * | |
| **JOHN MADDEN and** | * | |
| **AMANDA MADDEN,** | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes Patrick C. Cotter, in his capacity as Trustee of the Level III Trading Partners, LP Litigation Trust ("Plaintiff"), who seeks a continuance of the trial scheduled for July 20, 2016 and resetting of applicable deadlines for the following reasons:

1. A trial in this case is currently scheduled for July 20, 2016. The Plaintiff's expert report is due on April 28, 2016.

2. The Plaintiff's expert is Stacey E. Singleton, CPA/CVA ("Singleton"), from the accounting firm Singleton, Kellner, Bolding, Avant & Albarado, LLC. The firm is located in Lafayette, Louisiana.

3. The Plaintiff seeks a continuance of the trial as Singleton requires additional time to reconcile the capital accounts of the individual investors due to material discrepancies that exist in

the accounting records maintained by Level III Trading Partners, LP ("Level III"), the accounting records of investments in Treaty Energy and Orpheum Property, and the investors' contributed and redeemed capital.

4. Reconciliations of the investors' capital accounts are material to the Plaintiff's expert valuation, since the investors' capital accounts will be treated as redemption obligations on the balance sheet as of the valuation date.

5. Verification of the other asset balances is relevant to the valuation process, since insolvency is a key issue in the litigation.

6. Bruce Gwyn maintained the books of the company using QuickBooks software. On information and belief, the QuickBooks file was reviewed and adjusted by Kaplan & Company, a CPA firm located in Northbrook, Illinois, as of December 31, 2010. Although the records indicate that Level III transacted with Orpheum Property and affiliates of Treaty Energy well before this date, the books of the company were not adjusted as the transactions took place.

7. As to the investors' capital accounts, the balance sheet maintained in QuickBooks reflected all investor contributions and redemptions in a single account labeled "CAP CONT OR CAP W/D".

8. During years 2007 through 2010, the fund's QuickBooks file was adjusted each month with a single adjusting entry with the description "to record monthly cash activity". As part of these entries, a single credit or debit was made to the Capital account, as opposed to tracking capital accounts for each investor.

9. Further, the balance in the above described account at December 31, 2010 is clearly erroneous. See Exhibit "A", which reflects a printed copy of the account for the month ending

December 31, 2010.  The ending balance of $84,142.16 is clearly incorrect in light of redemptions in 2011 which are at issue in this litigation.

10.     For these reasons, the Plaintiff requests a continuance so that a confirmation process may be utilized to verify payments to and from each investor and to further assess the validity of Level III's asset balances.

11.     Counsel for the Plaintiff attempted to contact counsel for John and Amanda Madden regarding the relief sought herein, but did not receive a response.

WHEREFORE, the Plaintiff, Patrick C. Cotter, in his capacity as Trustee of the Level III Trading Partners, LP Litigation Trust, prays that this Court continue the trial on this matter scheduled for July 20, 2016 and for any other relief necessary and proper.

Respectfully submitted,

/s/  Patrick S. Garrity
Patrick S. Garrity (#23744)
STEFFES, VINGIELLO & MCKENZIE, LLC
13702 Coursey Blvd., Building 3
Baton Rouge, Louisiana  70817
Telephone:  (225) 751-1751
Facsimile:  (225) 751-1998
E-mail: pgarrity@steffeslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2016, I caused the foregoing to be served via electronic mail to: Andrew L. Kramer, akramer@kramerllc.com, counsel for John and Amanda Madden.

/s/ Patrick S. Garrity
Patrick S. Garrity